JOHN F. GARLAND #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132
Facsimile: (559) 445-0156

Attorney for Defendant,
KENNETH J. HIBBARD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1: 05-CR-00285 AWI |
| Plaintiff, | STIPULATION TO CONTINUE MOTION HEARING AND |
| v. | ORDER THEREON |
| KENNETH J. HIBBARD, | DATE: February 27, 2012 |
| | TIME: 10:00 a.m. |
| Defendant. | Courtroom Two |
| | HONORABLE ANTHONY W. ISHII |

The defendant, KENNETH J. HIBBARD, through his counsel, John F. Garland, and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Stanley A. Boone, Assistant United States Attorney, hereby stipulate to continue the hearing on the defendant's Motion to Modify Conditions of Supervised Release from February 13, 2012 to **February 27, 2012** at **10:00 a.m.** This continuance is necessary to allow the plaintiff sufficient time to review defendant's motion and file its response.

Dated: February 8, 2012                 /s/ John F. Garland
                                                       JOHN F. GARLAND
                                                       Attorney for Defendant

Dated: February 8, 2012                 Benjamin B. Wagner
                                                       United States Attorney


                                                      /s/ Stanley A. Boone
                                           By: STANLEY A. BOONE
                                                      Assistant U.S. Attorney

1 ORDER

2 GOOD CAUSE APPEARING, based on the stipulation of the parties,

3 IT IS HEREBY ORDERED that the hearing on defendant's Motion to Modify Conditions of

4 Supervised Release is continued to February 27, 2012 at 10:00 a.m.

5

6 IT IS SO ORDERED.

7

8 Dated: February 8, 2012  _____
CHIEF UNITED STATES DISTRICT JUDGE